IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUDMILA SHPITJ,

    Plaintiff,

v.

PETALUMA SKILLED NURSING,

    Defendants.

No. C 11-02072 JSW

**ORDER**

On July 12, 2011, the Court received a phone call from a friend of the family of Plaintiff Fred Labankoff, Michael Visoski. In that message, Mr. Visoski, advised the Court that he was trying to help Mr. Labankoff out, because Mr. Labankoff had a stroke and is at Sutter Hospital in Santa Rosa, and would be unable to file an amended complaint by the July 15, 2011 deadline imposed by the Court. The Court is issuing this Order to advise the parties of this communication. Unless any party has information that is contrary to the information Mr. Visoski imparted to the Court, the Court is inclined to provide the Plaintiffs with a reasonable extension of time to file an amended complaint. If any party has information that contradicts the information regarding Mr. Labankoff's medical condition, they should submit that information in writing to the Court by no later than July 22, 2011.

If, at that time, the Court has not received any information to the contrary, it will grant Plaintiffs a thirty day extension to file an amended complaint.

//

//

1  Any requests for extensions beyond that time must be made in writing by the Plaintiffs,
2  or their legal representative, and must be supported by good cause.
3  **IT IS SO ORDERED.**

5  Dated: July 14, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LUDMILA SHPITJ et al,

    Plaintiff,

v.

PETALUMA SKILLED NURSING et al,

    Defendant.

Case Number: CV11-02072 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred G. Labankoff
3828 Skyfarm Drive
Santa Rosa, CA 95402

Ludmila Shpitj
523 Hayes Lane
Petaluma, CA 94952

Dated: July 14, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk