1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUDMILA SHPITJ,

      Plaintiff,

   v.

PETALUMA SKILLED NURSING,

      Defendants.

_____/

No.  C 11-02072 JSW

**ORDER GRANTING FINAL
EXTENSION OF TIME**

     On July 12, 2011, the Court issued an Order regarding information it had received regarding the fact that Plaintiff Fred Labankoff required additional time to file an amended complaint by July 15, 2011, and stated that unless any party had any information to the contrary, it would grant Plaintiffs an additional thirty days to file an amended complaint.  On July 12, 2011, Mr. Labankoff also filed a request for an extension of time, which shall be docketed forthwith.  The Court granted that request and ordered Plaintiffs to file an amended complaint by no later than September 16, 2011.  The Court advised Plaintiffs that if they failed to file an amended complaint by that date, or failed to file an additional request for an extension of time showing good cause, the Court would dismiss the case without prejudice.

     On August 16, 2011, the Court received a letter from Mr. Labankoff's mother, Svetlana Labankoff, in which she advised the Court that Mr. Labankoff had passed away.  In that letter, she appears to ask the Court for legal advice as to how to proceed with the complaint filed by Mr. Labankoff and her sister, Ludmila Shpitj.  The Court expresses its condolences to Ms. Labankoff.  Unfortunately, it cannot provide her with legal advice.  However, it shall construe her letter as a request for additional time to file an amended complaint.  Accordingly, the Court

shall grant one final extension of time to file an amended complaint.  Any amended complaint shall be due by no later than December 2, 2011.  If the Court has not received an amended complaint by that date, it shall dismiss these claims without prejudice and without further notice.

The Court HEREBY ADVISES Ms. Labankoff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office.  She also may wish to seek assistance from the Legal Help Center.  She can call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: September 2, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1
2
3
4
5
6                 UNITED STATES DISTRICT COURT
7                          FOR THE
8              NORTHERN DISTRICT OF CALIFORNIA
9
10
LUDMILA SHPITJ et al,                    Case Number: CV11-02072 JSW
11
            Plaintiff,               **CERTIFICATE OF SERVICE**
12
    v.
13
PETALUMA SKILLED NURSING et al,
14
            Defendant.
15 _____/
16
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
17 District Court, Northern District of California.

18 That on September 2, 2011, I SERVED a true and correct copy(ies) of the attached, by
placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
19 listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
inter-office delivery receptacle located in the Clerk's office.
20
21
22 Fred G. Labankoff
3828 Skyfarm Drive
23 Santa Rosa, CA 95402
24 Ludmila Shpitj
523 Hayes Lane
25 Petaluma, CA 94952
26 Dated: September 2, 2011
                                         *Jennifer Ottolini*
27                                       Richard W. Wieking, Clerk
                                         By: Jennifer Ottolini, Deputy Clerk
28
                             3