IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUDMILA SHPITJ,

    Plaintiff,

v.

PETALUMA SKILLED NURSING,

    Defendants.
                                       /

No. C 11-02072 JSW

**ORDER DISMISSING WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On July 12, 2011, the Court issued an Order regarding information it had received regarding the fact that Plaintiff Fred Labankoff required additional time to file an amended complaint by July 15, 2011, and stated that unless any party had any information to the contrary, it would grant Plaintiffs an additional thirty days to file an amended complaint. On July 12, 2011, Mr. Labankoff also filed a request for an extension of time, which shall be docketed forthwith. The Court granted that request and ordered Plaintiffs to file an amended complaint by no later than September 16, 2011. The Court advised Plaintiffs that if they failed to file an amended complaint by that date, or failed to file an additional request for an extension of time showing good cause, the Court would dismiss the case without prejudice.

On August 16, 2011, the Court received a letter from Mr. Labankoff's mother, Svetlana Labankoff, in which she advised the Court that Mr. Labankoff had passed away. In that letter, she appears to ask the Court for legal advice as to how to proceed with the complaint filed by Mr. Labankoff and her sister, Ludmila Shpitj.

//

1 The Court construed letter as a request for additional time to file an amended complaint
2 and, on September 2, 2011, the Court granted Plaintiff one final extension of time to file an
3 amended complaint. In the Order, the Court directed that any amended complaint was due by
4 no later than December 2, 2011, and if the Court did not receive an amended complaint by that
5 date, it would dismiss these claims without prejudice and without further notice.

6 The Court has not received an amended complaint. Accordingly, the Court HEREBY
7 DISMISSES this matter WITHOUT PREJUDICE for failure to prosecute. The Clerk shall
8 close the file.

9 **IT IS SO ORDERED.**

11 Dated: December 7, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUDMILA SHPITJ et al,<br><br>    Plaintiff,<br><br>  v.<br><br>PETALUMA SKILLED NURSING et al,<br><br>    Defendant. | Case Number: CV11-02072 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred G. Labankoff
3828 Skyfarm Drive
Santa Rosa, CA 95402

Ludmila Shpitj
523 Hayes Lane
Petaluma, CA 94952

Dated: December 7, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk